MEMORANDUM OPINION

 

No. 04-10-00651-CR

 

Samantha TRASK,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the 186th
Judicial District Court, Bexar County, Texas

Trial Court No. 2009CR6613

Honorable Maria
Teresa Herr, Judge Presiding

 

PER CURIAM          

 

Sitting:                     Karen Angelini, Justice

                     Sandee Bryan Marion, Justice

                     Phylis J. Speedlin, Justice

                     

Delivered and
Filed:  October 20, 2010

 

DISMISSED

 

           The trial court’s certification in this
appeal states that this case is a “plea-bargain case, and the defendant has no
right of appeal.” Rule 25.2(d) of the Texas Rules of Appellate Procedure
provides, “[t]he appeal must be dismissed if a certification that shows the
defendant has the right of appeal has not been made part of the record under
these rules.” Tex. R. App. P.
25.2(d).

           Appellant’s counsel has filed written
notice with this court stating counsel has reviewed the record and “can find no
right of appeal for Appellant.” We construe this notice as an indication that
appellant will not seek to file an amended trial court certification showing
that she has the right of appeal. See Tex.
R. App. P. 25.2(d); 37.1; see also Daniels v. State, 110 S.W.3d 174,
177 (Tex. App.—San Antonio 2003, order). In light of the record presented, we
agree with appellant’s counsel that Rule 25.2(d) requires this court to dismiss
this appeal. Accordingly, this appeal is dismissed.

                                                                                     PER
CURIAM

 

DO NOT PUBLISH